# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPAINT

I, John L. Bailey, a United States Postal Inspector, being duly sworn, deposes and states:

## INTRODUCTION

I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant.

I am a United States Postal Inspector. I have been a law enforcement officer for approximately 21 years, of which, the last 11 years have been spent as a federal agent assigned to North Alabama. Pursuant to Title 18, United States Code, Section 3061, my duties include the investigation of crimes that may have a nexus or link to the U.S. Postal Service. I have previously investigated numerous instances of robbery and assault of federal employees in Alabama, Mississippi, and Georgia. I have received training in the investigation of these crimes at the Federal Law Enforcement Training Center, the U.S. Secret Service training academy and the U.S. Postal Inspection Service training academy. Prior to becoming a Postal Inspector, I served for three years as a Special Agent of the United States Secret Service (USSS). Prior to that, I served as an Alabama State Trooper, and Alabama Bureau of Investigation Special Agent. In that capacity, I investigated a wide variety of crimes, including murders, assaults, and other crimes.

I submit this affidavit in support of a criminal complaint for Angela Roy for aiding and abetting Richard Scott in (1) the assault and armed robbery of a Postal employee who was in lawful charge, custody, and control of United States mail matter, money, and other property of the United States, with intent to rob, steal and purloin said mail matter, money and other property of the United States, with intent to rob, steal and purloin said mail matter and (2) the discharge of a firearm during

1

and in relation to the assault of a person having lawful charge, custody, and control of mail matter in violation of Title 18, United States Code, Sections 2114(a) and 924(c)(1)(A)(iii).

I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation; from discussions with other United States Postal Inspectors. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another agent, law enforcement officer or witness who may have had knowledge of that statement and to whom I, or others have spoken or whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part, unless otherwise indicated. Facts not set forth herein, or in the attached exhibits, are not being relied on in reaching my conclusion that the requested warrant should be issued. Nor do I request that this Court rely on any facts not set forth herein in reviewing this application.

### INVESTIGATION

On September 22, 2016, between 7:15 and 7:45 PM, a purse was stolen from a vehicle in Nettleton, Mississippi in a church parking lot. Video footage recovered showed two individuals, who drove up in a light Pontiac G6 with no hubcaps, stealing the purse out of the car.

On September 23, 2016, at 10:28 AM, the Postmaster Relief officer at the United States Post Office in Randolph, Mississippi (Postmaster Relief) received a call from a female using 601-937-6056 asking when the post office would be opening. The Postmaster Relief felt this call was very peculiar given Randolph is a very small town, and according to the Postmaster Relief, everyone in the town knows the hours of operation. Shortly after the call, at approximately 10:30 am, a male, later identified by the Postmaster Relief as Richard Thomas Scott, entered the post office, discharged his weapon at least three times, one shot hitting the Postmaster Relief officer in the arm, and then stole the Postmaster Relief's purse and fled the scene. The Postmaster Relief saw the vehicle driven by

2

Richard Scott, which she indicated was a Gold Pontiac G6. During the robbery, the Postmaster Relief looked out of the window and saw a female wearing a bandana over her face waiting outside. Video surveillance showed a Pontiac G6 with no hubcaps.

On September 23, 2016 between 4:30 and 5:30 PM, a purse was reported stolen out of a car in Pontotoc, Mississippi.

On September 26, 2016, United States Magistrate Judge David Sanders from the Northern District of Mississippi signed a search warrant authorizing the retrieval of historical and prospective geolocation information on 601-937-6056 (the phone used to call the post office immediately prior to the robbery). Using social media sites, 601-937-6056 was found to be associated with Richard Thomas Scott of Wilmer, Alabama. Scott, according to public databases, reside with Angela Roy. Angela Roy lived in Randolph, Mississippi in 2011. A public database shows that Roy resides in Wilmer, Alabama, at the same address as Scott. Scott's driver's license shows his address as 15411 Nile Road, Wilmer, Alabama. Inspectors and Deputy Marshals have interviewed numerous family members of Roy, who confirmed that Scott and Roy reside together and are in a relationship.

Geolocation records on the 601-937-6056 phone indicate that at the time of the call (to the post office prior to the robbery), the 601-937-6056 phone used a cellular tower near Randolph, Mississippi. Following the robbery, phone records from the 601-937-6056 phone show that the phone traveled to Grand Junction, Tennessee, then later that night the phone communicated with a tower in Mobile County, Alabama, just east of Wilmer, Alabama.

On September 26, 2016, phone records indicate that the 601-937-6056 phone called Chickasabogue Park in Mobile County, Alabama. Later that night, geolocation information revealed the phone was in the area of Chickasabogue Park in Mobile County, Alabama. According to the phone records, the phone was then turned off and no more data was received on the phone. On September 27, 2016, Deputy United States Marshals interviewed a park ranger at Chickasabogue Park in Mobile

3

County, Alabama. The park ranger identified a picture of Angela Roy and stated that she rented a campground for two nights and recently left the campground.

Inspectors and Deputy Marshals have confirmed with a relative of Roy that Roy drives a Gold/Beige Pontiac G6 with no hubcaps. Stephen Riddle works for a used car company in Alabama. Riddle sold Angela Roy a Gold Pontiac G6 in August of 2016. A tag registration confirmed that a Gold Pontiac G6 is registered to Angela Roy.

The United States Marshals Service contacted the surrounding states and placed an alert to identify the suspect vehicle from the armed robbery of the Randolph, Mississippi Post Office. The suspect vehicle was the Pontiac G-6 bearing Alabama tag 2BN3750. On September 27, 2016, the suspect vehicle was identified in Louisiana by a license plate reader. A nearby Sheriff's deputy observed the vehicle and in a apartment complex parking lot located at 1219 Crescent Ave, Lockport, Louisiana 70374. Surveillance was set up on the vehicle and the United States Marshals Service saw a suspect matching the description of Richard Scott near the suspect vehicle. Scott was then arrested. In the apartment where Scott was staying, Angela Roy was located and arrested. A state search warrant was obtained for the Pontiac G-6. Inside the Gold Pontiac G-6 with no hubcaps, agents found jewelry from an auto-burglary which had occurred in Pontotoc, Mississippi, at approximately 5:30 PM the day of the armed robbery. The victim of that auto-burglary was contacted by phone and positively identified the recovered jewelry precisely.

Inspectors arrested Scott and Roy. Following administration of Miranda warnings, Roy indicated she wanted an attorney. During the drive to the jail, Roy, without provocation, asked inspectors, "could you tell me how you found us." The Inspector told her that if she can tell us why she was in Pontotoc then he could tell her how he found her. Roy then laughed and told the Inspector something to the effect of: "If you did not find us by the phone, then I am Willy Wonka". Roy then stated, "You cannot put me at the post office."

4

Based on the foregoing, there is probable cause to believe Angela Roy aided and abetted the armed robbery of the Randolph, Mississippi postmaster and discharge of a firearm during and in relation to that armed robbery.

WHEREFORE, I respectfully request that an arrest warrant issued for the arrest of Angela Roy.

John L. Bailey, Postal Inspector
United States Postal Inspection Service

Sworn to before me this 22 day of September, 2016.

DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF MISSISSIPPI