UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                         CRIMINAL NO. 3:16-cr-00110-MPM-RP

THOMAS SCOTT

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a Plea Agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this Plea Agreement and approves same, realizing that the Plea Agreement is subject to acceptance or rejection by the Court. The Plea Agreement is as follows:

1. GUILTY PLEA. The Defendant agrees to plead guilty under oath to Count One and Count Two of the Indictment, which charges that the Defendant, THOMAS SCOTT, did knowingly and intentionally assault the Randolph, Mississippi Postmaster Relief, a person having lawful charge, control, and custody of mail matter and moneys and property of the United States, with intent to rob, steal, and purloin such mail matter, moneys, and property, and robbed and attempted to rob said person of such mail matter, moneys, and property and, in effecting and attempting to effect such robbery, did wound the person having charge, control, and custody of said mail matter, moneys, and property, and did put such person's life in jeopardy by the use of a dangerous weapon, all in violation of Title 18, United States Code, Sections 2114(a) and 2, which carries a term of imprisonment of not more than 25 years, not more than a $250,000 fine, not more than 5 years supervised release, and a mandatory special assessment of $100; and, did knowingly use, carry, and discharge a firearm, in violation of Title 18, United States Code, Sections 924(c)(l)(A)(iii) and 2, which carries a term of imprisonment of not less than 10 years to be served

consecutively to any other punishment, not more than a $250,000 fine, not more than 5 years supervised release, and a mandatory special assessment of $100.

2. OTHER CHARGES. The United States agrees not to charge the Defendant with any other offenses arising from or related to the above charges.

3. RESTITUTION. The Defendant understands that the Court may order restitution in accordance with the provisions of 18 U.S.C. Section 3663 for all offenses committed and specifically agrees that restitution is not limited to the count of conviction.

4. OTHER AUTHORITIES. This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

5. VIOLATIONS OF THIS AGREEMENT. If the Defendant violates this agreement, all statements made pursuant hereto will be admissible against Defendant who hereby waives provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

6. ACKNOWLEDGMENTS. No Other Agreements; Defendant Is In Fact Guilty. Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere is the plea documents, no promise or representation whatsoever has been made to the Defendant as to what punishment the court might impose if it accepts the plea of guilty. Th plea documents fully reflect all promises, agreements and understandings between the Defendant and the United States Attorney. The Defendant's agreement is knowing, free and voluntary, and

not the product of force, threat, or coercion. The Defendant is pleading guilty because the Defendant is in fact guilty.

The foregoing constitutes the only Plea Agreement between the parties.

This the 18th day of July, 2017.

*/s/ Robert H. Norman*
ROBERT H. NORMAN
Acting United States Attorney
Mississippi Bar No. 3880

**AGREED AND CONSENTED TO:**

*/s/ Richard Scott*
Thomas, Defendant

**APPROVED:**

*/s/ M. Scott Davis*
M. Scott Davis
Attorney for Defendant
MS Bar No. 103225

3